MORRIS DAMSKY and JOSEPH KATZ, Copartners, Trading as EMPIRE CARPET COMPANY, Respondents, v. JOSEPH JOSEPHS, Appellant.— Order in so far as it denies defendant's motion to make paragraph 13 of the amended complaint more definite and certain, and to strike out certain numbered paragraphs thereof, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

JOHN EGAN, Appellant, v. ROBERT BOENIG, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the complaint states a cause of action, and that its dismissal upon the opening of plaintiff's counsel was error. The opening is not in the record, but from such statements as were made by plaintiff's counsel during the course of the colloquy between court and counsel, we are unable to say that plaintiff made any admission or statement of facts which "completely ruined his case" and from which alone, unless the complaint on its face failed to state a cause of action, would a dismissal upon counsel's opening be justified. (See *Backman* v. *Rodgers*, 153 App. Div. 299, 301.) Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

HATTYE C. FOX, Respondent, v. HARRY R. ARCHER, Appellant.— Order denying defendant's motion for a change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

LOUIS GENTLER, etc., Respondent, v. MEYER WAHLBERG and Another, etc., Appellants.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

FANNIE GITTESS, Appellant, v. LOUIS SHAPIRO, Respondent.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event. We are of opinion that the allegations of the complaint were sufficient to enable plaintiff to have the question of defendant's negligence in failing properly to lay the saddle in question submitted to the jury, and that it was, therefore, error on the part of the trial court to refuse to charge as requested by plaintiff's attorney at folio 558 of the record. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

MICHAEL GITTESS, Appellant, v. LOUIS SHAPIRO, Respondent.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event, upon authority of *Gittess* v. *Shapiro* (*ante*, p. 836), decided herewith. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

BERTHA GOLDFADEN, Appellant, v. HARRY TUROFF and SOL PARKER, Individually and as Copartners, etc., Respondents.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that plaintiff's complaint should not have been dismissed upon the opening of counsel and that she should have been permitted to develop her cause of action by testimony. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.